Mary HARRIS–HAYES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 54000.

Missouri Court of Appeals,
Western District.

Feb. 3, 1998.

Andrew A. Schroeder, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and
BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

Appellant pled guilty to two counts of forgery and one count of hindering prosecution. Appellant filed pro se Rule 24.035 motion that the guilty plea was not voluntary.

Judgment affirmed.